371 A.2d 234

Commonwealth v. Miller, Appellant.

Submitted September 17, 1974. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 234

Commonwealth v. Miller, Appellant.

Submitted December 16, 1975. Arthur L. Pressman, and Abraham, Pressman & Tietz, for appellant; John Di-